# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED FEB 1 7 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Hector Juan Ayala

V.

Robert L. Ayers, Warden of the California State Prison at San Quentin

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   02cv1322-IEG(PCL)

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **DENIES** Petitioner's Motion for Summary Adjudication on Claim 26. Respondent's Motion for Summary Adjudication on Claim 26 is **GRANTED**. Respondent's Motion to Dismiss Claim 26 pursuant to Teague v. Lane is **GRANTED**. The Third Amended Petition for Writ of Habeas Corpus is **DENIED** as to all claims. Judgment entered in favor of Respondent. Case is closed.....................................................................

February 17, 2009
Date

W. Samuel Hamrick, Jr.
Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON February 17, 2009

02cv1322-IEG(PCL)